ANTHONY MARI v. BOARD OF REVIEW.

February 23, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM J. CARRACINO.

February 23, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. NATHANIEL BIMBOW.

February 23, 1981.

Petition for certification denied.

FRANK LEPINSKI v. NATIONAL CAR RENTAL.

February 23, 1981.

Petition for certification denied.

GRACE LEVINE v. BERNARD LEVINE.

February 23, 1981.

Petition for certification denied.